UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET L. FRANK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1057 ) |
| XM SATELLITE RADIO HOLDINGS, INC., | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Pursuant to the Court's Order of June 7, 2006, *see In re XM Satellite Radio Holdings Securities Litigation*, Civ. No. 06-0802 (D.D.C. Jun. 7, 2006), it is hereby

**ORDERED** that the above-captioned case is consolidated with Civil Action No. 06-0802; it is

**FURTHER ORDERED** that the above-captioned case shall be administratively closed pending further order of the Court; it is

**FURTHER ORDERED** that the Clerk's Office is directed to transfer plaintiff to Civil Action No. 06-0802; and it is

**FURTHER ORDERED** that all pleadings shall henceforth be filed only in Civil Action No. 06-0802.

**SO ORDERED**.

                                                                                                                                        s/
                                                                ELLEN SEGAL HUVELLE
                                                                United States District Judge

Date: June 9, 2006